H. Blair FINLEY, Respt., v. ATLANTIC TRANSPORT CO., Applt. (Supreme Court, Appellate Division, First Department. Janu-

ary 28, 1916.) Order affirmed, with $10 costs and disbursements, on opinion of Shearn, J. (90 Misc. Rep. 480, 153 N. Y. Supp. 439), with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.